UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EIGHT MILE STYLE, LLC and
MARTIN AFFILIATED, LLC

      Plaintiffs,

v.

LAFONTAINE FORD ST. CLAIR, INC,
a Michigan corporation,

      Defendant.

Case No. 25-cv-10249-GAD-APP
Honorable: Gershwin A. Drain
Magistrate: Anthony P. Patti

_____/

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted,

HERTZ SCHRAM PC

By:    */s/ Matthew J. Turchyn*
      Howard Hertz (P26653)
      Matthew J. Turchyn (P76482)
      Attorneys for Plaintiffs
      1760 S. Telegraph Rd., Ste. 300
      Bloomfield Hills, MI 48302
      (248) 335-5000
      hhertz@hertzschram.com
      mturchyn@hertzschram.com

Dated: April 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notifications of the filing to all of the parties of record

/s/ Matthew J. Turchyn
Matthew J. Turchyn (P76482)
Attorney for Plaintiffs
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302
(248) 335-5000
mturchyn@hertzschram.com

Dated: April 21, 2025